UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALAN LAWRIE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. 2:24-cv-3803-TLN-JDP (P)<br><br>**ORDER** |

    Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 23, 2025, the magistrate judge filed findings and recommendations which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court finds the findings and recommendations to be

1  supported by the record and by proper analysis.

2      Accordingly, IT IS HEREBY ORDERED that:

3    1. The findings and recommendations, (ECF No. 8), are ADOPTED in full.

4    2. The petition, (ECF No. 2), is DISMISSED without leave to amend as untimely.

5    3. Petitioner's motion for the appointment of counsel, (ECF No. 9), is DENIED as moot.

6    4. The Court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. §

7       2253.

8    5. The Clerk of Court is directed to close this case and to enter judgment accordingly.

9  Date: July 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE